IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 MAY 19 A 9:16

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ernesto Gonzalez NID#41441
_____
Full name and prison number
of plaintiff(s)

v.

Tallapoosa County Sheriff's Dept.
Sheriff Jimmie Abbett, Blake
Jennings (Jail Administrator) Alabama
Dept. of Corrections (Commissioner)
(Clerk of Central Records)
and et. al.
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV450-MEF
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Tallapoosa County Jail, Dadeville AL.
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Kilby Correctional Facility, Mt. Meigs, AL.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
    NAME                                ADDRESS
1. Jimmy Abbett (Sheriff) 316 Industrial Park Dr. Dadeville, AL 36853
2. Blake Jennings (Jail Administrator) 316 Industrial Park Dr. Dadeville, AL 36853
3. Prison Commissioner, Kilby Correctional Facility, P.O. Box 150 Mt. Meigs, AL 36057
4. Alabama Department of Corrections, Central Records Box 301501 Mont. AL 36130
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 3/15/06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: False Imprisonment, Violation of Life, Liberty and Pursuit of Happiness.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 3/15/06; Wednesday Morning I was transported to Kilby Correctional Facility (Prison) for a period of 3 days without going in front of a judge, going to court, or receiving due process under the law. Freedom from Tyranny and Oppression.

GROUND TWO: ~~Freedom~~

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Investigate said matter and adjudicate whether I am intitled to damages (monetary or otherwise.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5/17/06
                (Date)

_____
Signature of plaintiff(s)

4