IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

ERNESTO GONZALEZ,            )
                             )
   Plaintiff,                )
                             )
v.                           )   CASE NO. 2:06-cv-450-MEF
                             )
TALLAPOOSA COUNTY SHERIFF'S  )
OFFICE, *et al.*,            )
                             )
   Defendants.               )

# FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 13th day of July, 2006.

                                                  /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE